In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-15-00143-CR
_____

**JAMES DARWIN RHODES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 163rd District Court
Orange County, Texas
Trial Cause No. B-140,578-R

**MEMORANDUM OPINION**

James Darwin Rhodes has filed a motion to dismiss his appeal. *See* Tex. R. App. P. 42.2. A request to dismiss the appeal is signed by appellant personally and joined by counsel of record. No opinion has issued in this appeal. The motion is granted, and the appeal is therefore dismissed.

APPEAL DISMISSED.

_____
CHARLES KREGER
Justice

Submitted on September 8, 2015
Opinion Delivered September 9, 2015
Do Not Publish

Before Kreger, Horton, and Johnson, JJ.